IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE INSURANCE COMPANY, An Ohio Corporation; and HARLEYSVILLE WORCESTER INSURANCE COMPANY, an Ohio Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BOSTON FISH MARKET, INC., an Illinois Corporation; and CHRISTINE SLOWINKSKI <br><br> Defendants. | Case No. 2022 cv 1583 |

**PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to enter a dismissal order as soon as practicable, but respectfully request that the parties are given 45 days to enter a final dismissal order.

Plaintiff is filing this Notice and Motion with Defendant's approval and permission.

Respectfully submitted,

HARLEYSVILLE INSURANCE
COMPANY, Plaintiff

By:  /s/ Daniel I. Babetch

Daniel I. Babetch (Attorney No. 6215723)
dbabetch@meagher.com
MEAGHER & GEER PLLP
Attorneys for Plaintiff, Harleysville Insurance Company
216 North Jefferson, Suite 100
Chicago, Illinois 60661
(312) 463-1044